POPPER, Appellant, *v.* COTTE *et al.,* Respondents.

*(Common Pleas of New York City and County, General Term.* May 6, 1890.)

Appeal from first district court.

Argued before LARREMORE, C. J., and BOOKSTAVER, J.

*H. Cooper,* for appellant.    *J. Callahan,* for respondents.

No opinion.    Ordered that the final order be affirmed, with costs.

———

ODELL, Respondent, *v.* NEW YORK EL. R. CO., Appellant, (two cases.)

*(Common Pleas of New York City and County, General Term.* May 7, 1890.)

Argued before LARREMORE, C. J., and BOOKSTAVER, J.

*Davies & Rapallo,* for appellant.    *Sackett & Bennett,* for respondent.

No opinion.    Motion to dismiss appeals from special term granted, with $10 costs.    See 8 N. Y. Supp. 951.

———

McKAY, Respondent, *v.* BREWSTER, Appellant.

*(Common Pleas of New York City and County, General Term.* May 7, 1890.)

Argued before LARREMORE, C. J., and BOOKSTAVER, J.

*Chas. E. Le Barbiere,* for appellant.    *Thomas D. Rambaut,* for respondent.

No opinion.    Motion to strike case from calendar denied, with $10 costs.

———

STREPPONE, Respondent, *v.* LENNON, Appellant.

*(Common Pleas of New York City and County, General Term.* May 9, 1890.)

Appeal from special term.

Argued before LARREMORE, C. J., and BOOKSTAVER, J.

*Jas. Kearney,* for appellant.    *Ullo & Ruebsamen,* for respondent.

No opinion.    Order reversed, with costs to abide the event.

———

McKAY, Respondent, *v.* BREWSTER, Appellant.

*(Common Pleas of New York City and County, General Term.* May 12, 1890.)

Appeal from judgment of the city court.

Argued before LARREMORE, C. J., and BOOKSTAVER, J.

*Charles E. Le Barbiere,* for appellant.    *Thomas D. Rambaut,* for respondent.

No opinion.    Ordered that the judgment be affirmed, with costs.

———

SCHWAN, Respondent, *v.* KNOOP, Appellant.

*(Common Pleas of New York City and County, General Term.* May 12, 1890.)

Appeal from order setting aside a verdict of the trial term, city court.

Argued before LARREMORE, C. J., and BOOKSTAVER, J.

*Frederick H. Ernst,* for appellant.    *Cook & Schuck,* for respondent.

No opinion.    Order affirmed, with costs.

———

BAUMGARTEN, Appellant, *v.* EDESHEIMER, Respondent.

*(Common Pleas of New York City and County, General Term.* May 13, 1890.)

Appeal from special term.

Argued before LARREMORE, C. J., and BOOKSTAVER, J.

*A. P. Wagener,* for appellant.    *Hamilton R. Squier,* for respondent.

No opinion.    Ordered that the order be affirmed, with costs.